UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 15, 2023

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | VIOLATIONS: |
| BRANDON TYRIQ WHITE, | : | 18 U.S.C. § 1201(a)(1) |
| | : | (Kidnapping) |
| Defendant. | : | 22 D.C. Code §§ 3002(a)(1), 3002(a)(2), |
| | : | 3020(a)(6), 4502 (2001 ed.) |
| | : | (First Degree Sexual Abuse While Armed) |
| | : | 22 D.C. Code §§ 404.01, 4502 (2001 ed.) |
| | : | (Aggravated Assault While Armed) |
| | : | 22 D.C. Code § 4504(b) (2001 ed.) |
| | : | (Possession of a Firearm During a Crime |
| | : | of Violence or Dangerous Offense) |
| | : | 22 D.C. Code § 404.04(a) |
| | : | (Strangulation) |
| | : | 22 D.C. Code § 4504(a)(1) |
| | : | (Carrying a Pistol Without a License) |
| | : | |
| | : | FORFEITURE: |
| | : | 18 U.S.C. § 924(d)(1); 18 U.S.C. § |
| | : | 981(a)(1)(C); 21 U.S.C. § 853(p); and 28 |
| | : | U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about December 18, 2023, to on or about December 19, 2023, within the District of Columbia, the State of Maryland and elsewhere, **BRANDON TYRIQ WHITE**, did unlawfully and willfully seize, confine, kidnap, abduct, and carry away "M.B.", and, in committing or in furtherance of the commission of the offense, used a vehicle, which is a means, facility, and instrumentality of interstate or foreign commerce, and did willfully transport "M.B." in interstate

commerce from Maryland to the District of Columbia and from the District of Columbia to Maryland.

(**Kidnapping**, in violation of Title 18, United States Code, Section 1201(a)(1))

## COUNT TWO

Between on or about December 18, 2023, and on or about December 19, 2023, within the District of Columbia, **BRANDON TYRIQ WHITE**, while armed with and having readily available a firearm, engaged in a sexual act with M.B., that is, penetration of M.B.'s vulva by **BRANDON TYRIQ WHITE's** penis by using force against M.B. and threatening and placing M.B. in reasonable fear that M.B. would be subjected to death, bodily injury, and kidnapping.

(**First Degree Sexual Abuse While Armed**, in violation of 22 D.C. Code, Sections 3002(a)(1), 3002(a)(2), 3020(a)(6), 4502 (2001 ed.))

## COUNT THREE

Between on or about December 18, 2023, and on or about December 19, 2023, within the District of Columbia, **BRANDON TYRIQ WHITE**, did possess a firearm while committing the crime of First Degree Sexual Abuse While Armed, as set forth in Count Two of this Indictment.

(**Possession of a Firearm During a Crime of Violence or Dangerous Offense**, in violation of 22 D.C. Code, Section 4504(b) (2001 ed.))

## COUNT FOUR

Between on or about December 18, 2023, and on or about December 19, 2023, within the District of Columbia, **BRANDON TYRIQ WHITE**, while armed with and having readily available a firearm, engaged in a sexual act with M.B., that is, contact between M.B.'s mouth and **BRANDON TYRIQ WHITE's** penis by using force against M.B. and threatening and placing M.B. in reasonable fear that M.B. would be subjected to death, bodily injury, and kidnapping.

(**First Degree Sexual Abuse While Armed**, in violation of 22 D.C. Code, Sections 3002(a)(1), 3002(a)(2), 3020(a)(6), 4502 (2001 ed.))

### COUNT FIVE

Between on or about December 18, 2023, and on or about December 19, 2023, within the District of Columbia, **BRANDON TYRIQ WHITE**, did possess a firearm while committing the crime of First Degree Sexual Abuse While Armed, as set forth in Count Four of this Indictment.

**(Possession of a Firearm During a Crime of Violence or Dangerous Offense**, in violation of 22 D.C. Code, Section 4504(b) (2001 ed.))

### COUNT SIX

Between on or about December 18, 2023, and on or about December 19, 2023, within the District of Columbia, **BRANDON TYRIQ WHITE**, while armed with and having readily available a firearm, did by any means, knowingly and purposely cause serious bodily injury to M.B.

**(Aggravated Assault While Armed**, in violation of 22 D.C. Code, Sections 404.01, 4502 (2001 ed.))

### COUNT SEVEN

Between on or about December 18, 2023, and on or about December 19, 2023, within the District of Columbia, **BRANDON TYRIQ WHITE**, did possess a firearm while committing the crime of Aggravated Assault While Armed, as set forth in Count Six of this Indictment.

**(Possession of a Firearm During a Crime of Violence or Dangerous Offense**, in violation of 22 D.C. Code, Section 4504(b) (2001 ed.))

### COUNT EIGHT

Between on or about December 18, 2023, and on or about December 19, 2023, within the District of Columbia, **BRANDON TYRIQ WHITE**, did knowingly, intentionally, and recklessly restrict the normal circulation of the blood and breathing of M.B., by applying pressure on the throat, neck, and chest of M.B., and by blocking the nose and mouth of M.B.

**(Strangulation**, in violation of 22 D.C. Code, Section 404.04 (2001 ed.))

## COUNT NINE

Between on or about December 18, 2023, and on or about December 19, 2023, within the District of Columbia, **BRANDON TYRIQ WHITE**, did carry, openly and concealed on or about his person, in a place other than his dwelling place, place of business and on other land possessed by him, a pistol, without a license issued pursuant to law.

> **(Carrying a Pistol Without a License (Outside Home or Place of Business)**, in violation of 22 D.C. Code, Section 4504(a)(1) (2001 ed.))

### FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to: a Glock 29 pistol bearing serial number BUAT528 and 9mm ammunition.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:


FOREPERSON.

*[signature]*

Attorney of the United States in
and for the District of Columbia.