

**From:** Mayer-Dempsey, Meredith (USADC)
**Sent:** Tuesday, January 7, 2025 9:37 AM
**To:** Michael E. Lawlor <mlawlor@brennanmckenna.com>; Adam Demetriou <ademetriou@brennanmckenna.com>
**Cc:** Joseph, Dana (USADC) <DJoseph2@usa.doj.gov>; Mayer-Dempsey, Meredith (USADC) <MMayer-Dempsey@usa.doj.gov>
**Subject:** Plea Offer - US v. Brandon White

Mike and Adam –

We have considered your offer but are not inclined to a resolution where Mr. White does not have to admit to the sexual assaults. We're writing with a counteroffer, which will expire on January 24.

Mr. White can plead guilty to Count Two (First Degree Sexual Abuse), without the while armed enhancement, and assault with significant bodily injury, as a lesser included offense of Count Six (Aggravated Assault While Armed). Under the D.C. Voluntary Sentencing Guidelines, your client's sentencing range is 144 – 288 months on the Sexual Abuse Count and 6 – 24 months (probation permissible) on the Assault with Significant Bodily Injury. The DC Guidelines mandate that sentences run consecutively. **We'd cap our allocution at 180 months**.

This resolution would permit your client to avoid a federal Kidnapping conviction and would not

come with mandatory time. If convicted at trial of the PFCOV counts, each carries a 5-year mandatory minimum which must run consecutively to all other counts.

If convicted at trial of Kidnapping and either one of the sex offenses, your client's guidelines (without acceptance of responsibility) would be 360 – life or 324 – 405 months (if the Court only found +3 on the injury enhancement):

BOL:     32                                    (USSG 2A4.1(a))
              +4 (life threatening injury)      (USSG 2A4.1(b)(2)(A))
              +6 (victim sexually exploited)   (USSG 2A4.1(b)(5))


Total:              42

Let us know your thoughts.

Best,


**Meredith Mayer-Dempsey**
**Deputy Chief**
**Federal Major Crimes Section**
**United States Attorney's Office for the District of Columbia**
601 D Street NW, Washington, D.C. 20004
(202) 252-7259 (o)  (202) 815-4063 (c)
Meredith.Mayer-Dempsey@usdoj.gov