UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRANDON WHITE,<br><br>       Defendant. | Case No. 24-CR-39 (APM) |

**GOVERNMENT'S SUPPLEMENTAL OPPOSITION TO DEFENDANT'S MOTION TO WITHDRAW GUILTY PLEA**

The United States of America, by and through undersigned counsel, files this supplement to the government's June 30, 2025, opposition to the defendant's Motion for Withdrawal of Guilty Plea ("Motion"). ECF No. 73.

On July 17, 2025, the Court granted the Consent Motion for Waiver of Attorney Client Privilege. ECF No. 75. On August 11, 2025, government counsel met with the defendant's prior counsel, Michael Lawlor and Adam Demetriou. During that meeting, government counsel inquired of Mr. Lawlor and Mr. Demetriou regarding the allegation in the defendant's Motion that "Mr. Lawlor failed to advise Mr. White of a second, more favorable plea offer while it was still valid." ECF No. 71 at 2. The plea offer referenced by the defendant in his motion was to plead guilty to one count of First Degree Sexual Abuse While Armed and Assault with Significant Bodily Injury. As part of the plea, the government would agree to cap its allocution at 180 months. During the August 11 conversation, Mr. Lawlor unequivocally stated that he conveyed that plea offer to the defendant before it expired and the defendant rejected that offer. The government anticipates that, if Mr. Lawlor were called to testify as a witness at the scheduled September 4 hearing, he would testify that he conveyed that plea offer to the defendant.

2

The only allegation the defendant makes in his Motion with any specificity regarding his prior counsel's ineffectiveness relates to the alleged failure to convey the above-described plea offer. Because the testimony at the evidentiary hearing will likely show that the above-described plea offer was conveyed to the defendant before it expired, the government renews its request for the Court to deny the defendant's Motion and proceed to sentencing.

Respectfully submitted,

JEANNINE J. PIRRO
United States Attorney

*/s/  Janani Iyengar*
Janani Iyengar
Dana Joseph
NY Bar No. 5225990
Assistant United States Attorney
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7760
Janani.iyengar@usdoj.gov